UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:14-cv-80693-WJZ

WENDELL SMITH, individually and on
Behalf of all others similarly situated,

    Plaintiff,

vs.

IS3, INC., a Florida Corporation,

    Defendant.
_____/

## DEFENDANT, IS3, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT AND PLAINTIFF'S MOTION TO CERTIFY CLASS

COMES NOW, Defendant, IS3, INC. (hereinafter referred to as "Defendant"), by and through its undersigned counsel, files this Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint and Plaintiff's Motion to Certify Class, and would state as follows:

1. A Complaint was filed in this matter on May 26, 2014.

2. A Summons was issued on May 27, 2014. [D.E. 3].

3. Defendant recently retained the undersigned, who needs an additional 10 days, up to and including June 27, 2014, to conduct its investigation, concurrent with handling other pressing matters, in order to respond to Plaintiff's Complaint.

4. Additionally, Plaintiff filed a Motion to Certify Class on May 27, 2014. [D.E. 5].

5. Plaintiff's Motion to Certify Class was filed prior to the time Defendant was served with this lawsuit and prior to the time undersigned counsel was retained.

CASE NO: 9:14-cv-80693-WJZ

6. As such, undersigned counsel needs an additional 15 days, up to and including July 2, 2014, to respond to same.

7. This is the first extension of time requested and is not for the purposes of delay.

8. Undersigned counsel has conferred with counsel for the Plaintiff and is authorized to represent that he has no objection to the extensions sought herein.

9. No prejudice will come to the Plaintiff by granting the requests for additional time.

**WHEREFORE**, Defendant, IS3, INC., respectfully requests this Court enter an order granting the requests for enlargement of time up to June 27, 2014, to file a Response to Plaintiff's Complaint, and July 2, 2014, to file a Response to Plaintiff's Motion to Certify Class.

**CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A (3)**

Pursuant to Local Rule 7.1 A (3), the undersigned counsel conferred with counsel for Plaintiffs via electronic mail on June 17, 2014, in a good faith effort to resolve, by agreement, the issues raised by this motion. Undersigned Counsel was able to reach counsel for Plaintiff, who advised there was no objection to the relief requested by the subject Motion.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
E-Mail: Noah.Storch@csklegal.com
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By:   /s/  Noah E. Storch
      NOAH E. STORCH
      FBN: 085476

*(Remainder of page intentionally left blank)*

CASE NO: 9:14-cv-80693-WJZ

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 17th day of June, 2014, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
E-Mail: Noah.Storch@csklegal.com
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: **s/ Noah E. Storch**
NOAH E. STORCH
FBN: 0085476

**SERVICE LIST:**
Scott D. Owens
scott@scottdowens.com
Florida Bar No.: 597651
Benjamin H. Richman*
brichman@edelson.com
Courtney C. Booth*
cbooth@edelson.com
*Pro Hac Vice* admission to be sought
*Counsel for Plaintiffs*
**VIA CM/ECF**