UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
9:14-cv-80693-WJZ

WENDELL SMITH, individually, and on
behalf of all others similarly situated,

      Plaintiff,

vs.

IS3, INC., a Florida Corporation,

      Defendant.

_____/

## DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT

COMES NOW, Defendant, IS3, INC. (hereinafter "Defendant" or "IS3"), by and through the undersigned counsel, and hereby files this, its Reply to Plaintiff's, WENDELL SMITH individually, an on behalf of all others similarly situated (hereinafter "Plaintiff" or "Smith"), Response in Opposition to Defendant's Motion to Dismiss Class Action Complaint, and in support thereof states the following:

## INTRODUCTION

Plaintiff's purchase of STOPzilla AntiVirus is, without question, governed by the End User License Agreement and Terms and Conditions. *See,* **Exhibits "A" & "B"** attached to Defendant's Motion to Dismiss. Pursuant to the EULA, Plaintiff understood, acknowledged, and agreed that "[b]y installing, copying, downloading, accessing or otherwise using the SOFTWARE PRODUCT, [he] agree[d] to be bound by the terms of this EULA." Pursuant to the Terms and Conditions, if Plaintiff did not agree to the terms, he was specifically advised not to click "buy now" or "download now." *See,* **Exhibit "B"** attached to Defendant's Motion to Dismiss. Additionally, and also pursuant to the Terms and Conditions, Plaintiff agreed that the "use of the product acknowledges that you have read this agreement, understand it, and agree to

be bound by its terms and conditions. *Id.* Finally, the EULA and Terms and Conditions contain several disclaimer of warranty provisions.

**A.  The Court Should Consider the Terms and Conditions of Plaintiff's Purchase**

Despite Plaintiff's allegations to the contrary, the Court can, and should, consider the terms and conditions of the transaction between Plaintiff and IS3 that gave rise to Plaintiff's cause of action.

One exception to the rule of determining the sufficiency of a Plaintiff's claim under Rule 12(b)(6) allows a court to consider documents attached to a motion to dismiss, but not attached to the complaint, if those documents are central to the plaintiff's claims and are undisputedly authentic. *See, e.g., Maxcess v. Lucent Technologies, Inc.,* 433 F.3d 1337, 1341 n. 3 (11th Cir. 2005); *Bickley v. Caremark RX, Inc.,* 461 F.3d 1325, 1329 n.7 (11th Cir. 2006).  The Court can, and should, consider the Terms and Conditions as well as the EULA in ruling on Defendant's Motion, as they fall squarely within the widely recognized exception allowing a court to consider documents central to a plaintiff's claims that a plaintiff has chosen to withhold from scrutiny in an attempt to survive a motion to dismiss. *See* 5 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure, § 1357 at 729 n. 1 (2d ed. 1990 & Supp. 2009) (stating "when plaintiff fails to introduce a pertinent document as part of his pleading, defendant may introduce the exhibit as part of his motion attacking the pleading").

The EULA and Terms and Conditions are controlling and are central to Plaintiff's claims. Specifically, Plaintiff's claims will ultimately rise or fall on his ability to prove the substance and contours of his agreement with IS3 to purchase its products.  Not surprisingly, however, Plaintiff has chosen not to introduce these pertinent documents as part of his Complaint which is merely an attempt to survive the motion to dismiss.   However, this Court and the Eleventh Circuit have repeatedly applied this exception to cases where a contract between the parties is central to the

**COLE, SCOTT & KISSANE, P.A.**
1645 PALM BEACH LAKES BOULEVARD - 2ND FLOOR  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

plaintiffs' claims. *See e.g., G&G TIC, LCC v. Ala. Controls, Inc.,* 324 Fed.Appx. 7195 (11th Cir. 2009); *Racca v. Celebrity Cruises, Inc.,* 606 F.Supp.2d 1373 (S.D.Fla. 2009).

Additionally, Plaintiff's argument, in his Response, that the Complaint does not include any factual allegations related to the content of the EULA and/or Terms and Conditions is, simply, inaccurate. Throughout the Complaint, Plaintiff alleges and makes references to downloading trial versions of STOPzilla AntiVirus and STOPzilla AntiMalwar ("STOPzilla"). *See,* Complt. [D.E. 1]. Plaintiff also alleges and makes reference to his own experience, including the fact that he read express warranties about STOPzilla's utility. *Id.* at ¶ 43. By virtue of Plaintiff's claim to have read express warranties, both the EULA and Terms and Conditions apply because this factual allegation relates to the content of both documents. *See,* **Exhibits "A" and "B"** attached to Defendant's Motion to Dismiss. Furthermore, the introductory paragraphs of the EULA state, in pertinent part:

> By installing, copying, downloading, accessing or otherwise use the SOFTWARE PRODUCT, you agree to be bound by the terms of this EULA. IF you do not agree to the terms of this EULA, do not install or use the SOFTWARE PRODUCT; you may, however, destroy it or return it to your place of purchase for a full refund, if applicable.

*See,* **Exhibit "A"** attached to Defendant's Motion to Dismiss. The Terms and Conditions also contains language regarding the downloading, installation and use of STOPzilla. *See,* **Exhibit "B"** attached to Defendant's Motion to Dismiss. It is abundantly clear that Plaintiff has made many allegations regarding his own, personal, review of express warranties, as well as allegations regarding the download, installation and use of STOPzilla. It cannot seriously be disputed that these factual allegations relate to the content of both the EULA and Terms and Conditions. As such, both the EULA and Terms and Conditions are applicable and must be considered.

**COLE, SCOTT & KISSANE, P.A.**
1645 PALM BEACH LAKES BOULEVARD  - 2ND FLOOR  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

Next, Plaintiff's alleged "dispute" of the content and authenticity of the EULA and Terms and Conditions is misplaced. Initially, Plaintiff's dispute with regard to the date contained upon the EULA and Terms and Conditions is misplaced and inaccurate. The date contained upon both the EULA and Terms and Conditions, namely, June 27, 2014, is merely a date stamp from a printer used by undersigned counsel indicating the date counsel actually printed. In the abundance of caution, and as evidence of Plaintiff's misplaced theory, Defendant attaches another copy of both the EULA and Terms and Conditions, which are dated August 6, 2014, the date the instant motion was filed. *See,* **Composite Exhibit "A"** attached hereto. Plaintiff's attempt to have this Court believe that the EULA and Terms and Conditions were not in existence at the time of his purchase can only be characterized as improper and deceiving.

As to the allegation that Plaintiff does not claim to have viewed or relied upon either the EULA or Terms and Conditions, Defendant states that throughout the Complaint, Plaintiff alleges and makes references to downloading trial versions of STOPzilla and also alleges and makes reference to his own experience, including the fact that he read express warranties about STOPzilla's utility. *See,* Complt.

Furthermore, as stated in Defendant's Motion to Dismiss, this allegation is unreasonable. Simply, it is unreasonable as a matter of law for a plaintiff to rely on allegedly misleading written or oral representations in the face of contractual terms expressly disclaiming or contradicting those representations.

Because the claims asserted in the instant Class Action Complaint will ultimately rise or fall on Plaintiff's ability to prove the substance and contours of his agreement with IS3 to purchase its products; and because Plaintiff has incorporated factual allegations relating to the content of both the EULA and Terms and Conditions; and because the Plaintiff has chosen to withhold same from scrutiny in an attempt to survive a motion to dismiss, the Court can, and

**COLE, SCOTT & KISSANE, P.A.**
1645 PALM BEACH LAKES BOULEVARD - 2ND FLOOR - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

should, consider the Terms and Conditions as well as the EULA in ruling on Defendant's Motion.

**B. Plaintiff Could Not Have Reasonably Relied on Any Alleged Advertisements**

Contrary to Plaintiff's belief that the EULA and Terms and Conditions cannot be considered at this stage, Defendant's Motion to Dismiss and instant Reply make clear that both are applicable and must be considered.

Plaintiff cannot state a claim for fraudulent inducement[1], where the subject of the alleged misrepresentation is dealt with in the parties' agreement. *See Federal Deposit Ins. Corp. v. High Tech Medical Systems, Inc.,* 574 So.2d 1121 (Fla. 4th DCA 1991) (determining that there can be no claim for fraud because alleged reliance on misrepresentations, in light of disclaimer, was not justifiable); *Hazara Enters., Inc. v. Motiva Enters., LLC,* 126 F. Supp.2d 1365 (S.D.Fla. 2000) (finding that negligent misrepresentation claim was legally insufficient because it was unreasonable to rely upon oral statements not in the subsequent written agreement). Courts have consistently held that it is <u>unreasonable as a matter of law for a plaintiff to rely on allegedly misleading written or oral representations in the face of contractual terms expressly disclaiming or contradicting those representations.</u> *Eclipse Medical, Inc. v. American Hydro-Surgical Instruments, Inc.,* 262 F. Supp. 2d 1334, 1342 (S.D. Fla. 1999); *see also, Smith v. Mellon Bank,* 957 F.2d 856, 858 (11th Cir. 1992) (claim under Fla. Stat. § 817.41 failed where alleged reliance

_____

[1] Plaintiff's claim requires the Plaintiff's reasonable reliable on the allegedly deceptive acts or misleading advertisements. *Smith v. Mellon Bank,* 957 F.2d 856, 858 (11th Cir. 1992) (affirming directed verdict for defendant on grounds that it was unreasonable for plaintiff to rely on terms of advertisement under given circumstances and noting that "Florida law requires the plaintiff to prove reliance on the alleged misleading advertising, as well as each of the other elements of the common law tort of fraud in the inducement. The law is clear that reliance by a party claiming fraud must be reasonable and justified under the circumstances"); *Rollins v. Butland,* 951 So.2d 860, 877 (Fla. 2d DCA 2006) ("Misleading advertising is a particularized form of fraud. In order to establish their claim for misleading advertising, the Appellees will be required to prove each of the elements of common law fraud in the inducement, including reliance and detriment"); *FDIC v. High Tech Medical Systems, Inc.,* 574 So. 2d 1121 (Fla. 4th DCA 1991) (granting summary judgment on claims for fraud and negligent misrepresentation because the undisputed evidence established the absence of justifiable reliance); *In re Lichtman,* 388 B.R. 396, 410 (M.D. Fla. 2008) (noting that "[t]he reliance upon the debtor's false representation must be justified").

**COLE, SCOTT & KISSANE, P.A.**
1645 PALM BEACH LAKES BOULEVARD · 2ND FLOOR · WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 · (561) 683-8977 FAX

on written advertisement was unreasonable as a matter of law); *Weaver v. Opera Tower, LLC*, 2008 WL 4145520 (S.D.Fla. 2008) (dismissing false advertising claim under Fla. Stat. §718.506 where contract expressly contradicted alleged misrepresentations in sales brochure, and noting no "meaningful distinction between prior *oral* and *written* representations for purposes of the instant analysis").

Plaintiff's alleged reliance on representations is unreasonable as a matter of law and his claims should be dismissed.  In particular, the EULA and Terms & Conditions contains terms which specifically state that the <u>only</u> terms which are made a part of the parties' agreement are those contained in the EULA and/or Terms & Conditions.  Further illustrating the absurdity of Plaintiff's fraudulent inducement allegations, the EULA and Terms & Conditions specifically disclaimed any express or implied warranties.  As such, the EULA and Terms and Conditions are expressly at odds with the alleged misrepresentations claimed by Plaintiff.

Plaintiff has failed to dispute, at all, the aforementioned.  Instead Plaintiff chooses to focus on the purported "merger" clause.  However, the EULA and Terms & Conditions between Plaintiff and IS3 make clear precisely the terms and conditions of the sale.  If a subsequent contract contains a merger clause that supersedes all prior representations and agreements, the party may not recover in fraud. *Bates v. Rosique,* 777 So. 2d 980, 982 (Fla. 3rd DCA 2001).  A party cannot take a position contradictory to a contract that plainly and unambiguously states that there are no other agreements or representations other than those contained in the contract. *Topp, Inc. v. Uniden America Corp.,* 513 F. Supp. 2d 1345, 1349 (S.D. Fla. 2007).  As stated above, the EULA and Terms & Conditions contains terms which specifically state that the <u>only</u> terms which are made a part of the parties' agreement are those contained in the EULA and/or Terms & Conditions.

**COLE, SCOTT & KISSANE, P.A.**
1645 PALM BEACH LAKES BOULEVARD - 2ND FLOOR  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

### C. Plaintiff's Breach of Contract Claim Must be Dismissed

Plaintiff neither attached any contract with IS3 to the Complaint, nor does he identify the actual which obligates IS3 to the terms which are alleged to have been breached.   Plaintiff merely states that iS3 agreed to sell and Plaintiff and the members of the alleged Class agree to purchase Software.  Same is wholly insufficient and Plaintiff's failure is significant.  In this case, however, there are no obligations for a guaranteed result which has been assumed by IS3.  As a result, dismissal of the Plaintiff's breach of contract claims with prejudice is warranted.

While Plaintiff asserts that STOPzilla was purchased based upon specific results which could be obtained, the contract between the parties actually belies Plaintiff's claim.  According to the Terms & Conditions "iS3 further disclaims all warranties, including without limitation any implied warranties of merchantability, fitness for a particular purpose, and noninfringment.  **The entire risk arising out of the use of the services or content remains with you.**" *See, Terms & Conditions* (emphasis added).  According to the EULA, "[t]o the maximum extent permitted by applicable law, Is3 and its suppliers disclaim all other warranties and conditions, either express or implied, including, but not limited to, implied warranties or conditions of merchantability, fitness for a particular purpose, title and noninfringment, with regard to the software product, and the provision of or failure to provide support services. *See,* EULA

There is absolutely nothing in the contract which creates an affirmative obligation on IS3 other than the obligations within the EULA and Terms & Conditions.  There is no agreed contractual obligation that will support a breach claim in this case.

Quite significant is the fact that Plaintiff has failed to allege Defendant's failure to perform any provision of the EULA and/or Terms & Conditions.  As such, the complaint fails to state a claim upon which relief can be granted. *Hodges v. Hodges,* 193 F. Supp.2d 1279 (M.D.Fla. 2002) (dismissing contract claim where plaintiff failed to allege sufficient facts

COLE, SCOTT & KISSANE, P.A.
1645 PALM BEACH LAKES BOULEVARD  - 2ND FLOOR  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

demonstrating a breach); *Global Freight Warehouse, Inc. v. ACE Hardware Corp.,* 1997 U.S. Dist. LEXIS 15768 (S.D. Fla. 1997) (dismissing contract claim in light of express terms of contract).

"[T]o create a contract and trigger contractual obligations, the parties must have a definite and distinct understanding, without which there is no assent and no contract." *Glosser v. Vasquez,* 898 So.2d 1179, 1181 (Fla. 3d DCA 2005). While Rule 8 requires only a "short and plain statement" of the pleader's claim, there are limits there, as well. To satisfy Rule 8, "[A] complaint must simply give the defendant <u>fair notice</u> of what the plaintiff's claim is and the <u>grounds</u> upon which it rests." *Swierkiewicz v. Sorema N.A.,* 534 U.S. 506, 512 (2002) (emphasis supplied). Plaintiff's complaint does nether and is therefore, subject to dismissal.

**D. Count III Of The Complaint Is An Equitable Remedy, And Must Be Dismissed Because There Is An Adequate Legal Remedy.**

Plaintiff's Response is misplaced with regard to the alleged ability to seek an equitable remedy. Count III, Plaintiff's claim for Unjust Enrichment, is equitable in nature, and therefore, not available to Plaintiff, as an adequate legal remedy exists, namely, Breach of Contract, albeit limited based upon the specific language within the EULA and Terms and Conditions of the sale, including but not limited to, IS3's obligations and liabilities pursuant to same. Under Florida law, the general rule is that if the complaint on its face shows that adequate legal remedies exist, equitable remedies are not available. *See, Williams v. Bear Stearns & Co.,* 725 So. 2d 397 (Fla. 5th DCA 1998) *citing, H.L. McNorton v. Penn American Bank of Orlando,* 387 So. 2d 393, 399 (Fla. 5th DCA 1980).

It is well-settled in Florida that unjust enrichment is an equitable remedy and is, therefore, not available where there is an adequate legal remedy. *See, American Honda Motor Co., Inc. v. Motorcycle Information Network, Inc.,* 390 F. Supp. 2d 1170, 1178 (M.D. Fla.2005);

- 8 -

**COLE, SCOTT & KISSANE, P.A.**
1645 PALM BEACH LAKES BOULEVARD - 2ND FLOOR - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

*See, Webster v. Royal Caribbean Cruises, Ltd.,* 124 F. Supp. 2d 1317, 1326 (S.D. Fla. 2000) ("[T]he theory of unjust enrichment is equitable in nature and is, therefore, not available where there is an adequate legal remedy"); *Nautica International, Inc. v. Intermarine USA, L.P.,* 5 F. Supp. 2d 1333, 1341-42 (S.D. Fla. 1998); *Martinez v. Weyerbaeuser Mortgage Co.,* 959 F. Supp 1511, 1518 (S.D. Fla. 1996) ("The Court agrees that in Florida, unjust enrichment is an equitable remedy and is not available where an adequate legal remedy exists.").

Because an implied in law contract is an action in equity, it is not available if there is an adequate remedy at law. *See Martinez v. Weyerhaeuser Mortgage Co.,* 959 F. Supp. 1511, 1518 (S.D. Fla. 1996) ("The Court agrees that in Florida, unjust enrichment is an equitable remedy and is not available where an adequate legal remedy exists."); *Gary v. D. Agustini & Asociados, S.A.,* 865 F. Supp. 818, 827 (S.D. Fla. 1994) (same).

Plaintiff's claims for Unjust Enrichment, and in the alternative, Breach of Implied-in-Fact Contract, are equitable and must be dismissed as Plaintiff has an adequate legal remedy.

Moreover, and fatal to Plaintiff's claim, is the fact that Plaintiff has failed to allege that no adequate legal remedy is available. In order to state a claim for an implied in law contract, the party **must** allege that there is no adequate remedy available at law. *Martinez,* 959 F. Supp. at 1518 ("To state a claim for unjust enrichment, plaintiffs must make this allegation clear in the complaint."). The failure to do so will result in dismissal. *Id.* ("Because Plaintiffs fail to allege that an adequate remedy at law does not exist, and the Court is not convinced that this is clear from the face of the Amended Complaint, Count III fails to state a claim for unjust enrichment and will be dismissed from the Amended Complaint."); *Nautica International, Inc. v. Intermarine USA, L.P.,* 5 F. Supp. 2d 1333, 1342 (S.D. Fla. 1998) (dismissing unjust enrichment claim for failure to allege inadequate remedy at law). Because the Plaintiff failed to allege that no adequate legal remedy exists, her claim for unjust enrichment must be dismissed. *See, e.g.,*

*Precious Interior Designs, Inc. v. Astacio*, 2007 WL 3228119, at *2 (S.D. Fla. 2007) (granting defendant's motion to dismiss plaintiff's unjust enrichment claim, noting that "[i]t is well settled in Florida that unjust enrichment is an equitable remedy and is, therefore, not available where there is an adequate legal remedy" and that "to properly state a claim for unjust enrichment, a party must allege that no adequate legal remedy exists").

Plaintiff has not pled, anywhere, in the Complaint, that an adequate legal remedy is not available. Count III of the Complaint must be dismissed.

### E. Plaintiff's Demand for Incidental and Consequential Damages Should be Stricken Per the Express Language of the Warranty

In his Response, Plaintiff attempts to have this Court believe that the EULA and Terms and Conditions do not apply. However, for the reasons described herein, as well as the reasons described in Plaintiff's Motion to Dismiss, Plaintiff's attempt fails.

Florida courts allow "contracts to limit damages recoverable for breach of warranty and breach of contracts." *Burroughs Corp.*, 492 F. Supp. at 827 (holding that "compensatory damages can be no more than those set out in the agreements."). In the instant action, same is evident by a cursory review of the Limitation of Liability and No Other Warranties provisions within the EULA. Plaintiff's attempt to have this Court believe that Defendant has failed to demonstrate that the request for damages has no possible relationship to the controversy, may confuse the issue, or will otherwise prejudice Defendant, fails. The EULA specifically outlines the limitation on damages recoverable. The damages sought by Plaintiff are nowhere included in same. As such, it is clear that Plaintiff's request for damages has no possible relationship to the controversy and will therefore, confuse the issue and prejudice Defendant by allowing Plaintiff to seek remedies which he is not entitled to. Plaintiff's claim must be stricken.

COLE, SCOTT & KISSANE, P.A.
1645 PALM BEACH LAKES BOULEVARD - 2ND FLOOR - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

WHEREFORE, the Defendant, IS3, INC., respectfully requests this Honorable Court enter an Order (1) dismissing the Plaintiff's Complaint, or, in the alternative, certain portions thereof, and (2) striking Plaintiff's Demand for Incidental and Consequential Damages, and for such further relief as this Court deems just.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this **6th** day of **August 2014**, we electronically filed the foregoing document with the Clerk of Court using EM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendants
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
rachel.beige@csklegal.com
Telephone: (561) 383-9203
Facsimile: (561) 683-8977
By:___ *s/ Noah E. Storch*____
    JONATHAN VINE
    FBN: 010966
    RACHEL K. BEIGE
    FBN: 0016366
    NOAH E. STORCH
    FBN: 0085476

**SERVICE LIST**

Scott D. Owens, Esq.
Law Office of Scott D. Owens, Esq.
664 East Hallandale Beach Boulevard
Hallandale, Florida 33009

Benjamin H. Richman, Esq.*
Courtney C. Booth, Esq.*
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
*Pro Hac Vice* admission to be sought
***via CM/ECF***

# COMPOSITE EXHIBIT "A"

📞 1-877-877-9944      💬 Live Chat

 (//www.stopzilla.com/)

PRODUCTS   ▾ (//WWW.STOPZILLA.COM/PRODUCTS/)

DOWNLOADS   ▾ (//WWW.STOPZILLA.COM/DOWNLOADS/)

CUSTOMER CARE   ▾ (//WWW.STOPZILLA.COM/SUPPORT/INDEX.PHP#SUPPORT-TEAM)

SUPPORT CENTER   ▾ (//WWW.STOPZILLA.COM/SUPPORT/)

PARTNERS   ▾ (//WWW.STOPZILLA.COM/PARTNERS/)          BLOG (//WWW.STOPZILLA.COM/BLOG/)

# STOPzilla EULA

Home (//www.stopzilla.com)  /  EULA (//www.stopzilla.com/eula/)

This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and International Software Systems Solutions, Inc (iS3). for the software product identified above, which includes computer software and may include associated media, printed materials, and "online" or electronic documentation ("SOFTWARE PRODUCT"). The SOFTWARE PRODUCT also includes any updates and supplements to the original SOFTWARE PRODUCT provided to you by iS3. Any software provided along with the SOFTWARE PRODUCT that is associated with a separate end-user license agreement is licensed to you under the terms of that license agreement.

By installing, copying, downloading, accessing or otherwise using the SOFTWARE PRODUCT, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not install or use the SOFTWARE PRODUCT; you may, however, destroy it or return it to your place of purchase for a full refund, if applicable.

## SOFTWARE PRODUCT LICENSE

Case 9:11-cv-80456-XXXX Document 231 Entered on FLSD Docket 08/06/2014 Page 14 of 30

The SOFTWARE PRODUCT is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The SOFTWARE PRODUCT is licensed, not sold.

1. GRANT OF LICENSE

This EULA grants you the following rights:

◦ Systems Software

You may install and use one copy of the SOFTWARE PRODUCT on a single computer, including a workstation, terminal or other digital electronic device ("COMPUTER").

◦ Storage/Network Use

You may also store or install a copy of the SOFTWARE PRODUCT on a storage device, such as a network server, used only to install or run the SOFTWARE PRODUCT on your other COMPUTERS over an internal network; however, you must acquire and dedicate a license for each separate COMPUTER on or from which the SOFTWARE PRODUCT is installed, used, accessed, displayed or run. A license for the SOFTWARE PRODUCT may not be shared or used concurrently on different COMPUTERS. Notwithstanding the foregoing, any number of COMPUTERS may access or otherwise utilize the file and print services and peer web services of the SOFTWARE PRODUCT. In addition, you may use the "Multiple Display" feature of the SOFTWARE PRODUCT to expand your desktop as described in the on-line Help file, without obtaining a license for each display.

◦ License Pack

If this package is an iS3 License Pack, you may install and use additional copies of the computer software portion of the SOFTWARE PRODUCT up to the number of copies specified above as "Licensed Copies".

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

◦ Not For Resale Software

If the SOFTWARE PRODUCT is labeled "Not For Resale" or "NFR," then, notwithstanding other sections of this EULA, your use of the SOFTWARE PRODUCT is limited to use for demonstration, test, or evaluation purposes and you may not resell, or otherwise transfer for value, the SOFTWARE PRODUCT.

◦ Limitations on Reverse Engineering, Decompilation, and Disassembly

You may not reverse engineer, decompile, or disassemble the SOFTWARE PRODUCT, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

◦ Separation of Components

The SOFTWARE PRODUCT is licensed as a single product. Its component parts may not be separated for use on more than one computer.

◦ Rental

You may not rent, lease or lend the SOFTWARE PRODUCT.

◦ Trademarks

This EULA does not grant you any rights in connection with any trademarks or service marks of iS3.

◦ Support Services

iS3 may provide you with support services related to the SOFTWARE PRODUCT ("Support Services"). Use of Support Services is governed by the iS3 polices and programs described in the user manual, in "on line" documentation and/or other iS3-provided materials. Any supplemental software code provided to you as part of the Support Services shall be considered part of the SOFTWARE PRODUCT and subject to the terms and conditions of this EULA. With respect to technical information you provide to iS3 as part of the Support Services, iS3 may use such information for its business purposes, including for product support and development. iS3 will not utilize such technical information in a form that personally identifies you.

◦ Software Transfer

The initial user of the SOFTWARE PRODUCT may make a one-time permanent transfer of this EULA and SOFTWARE PRODUCT only directly to an end user. This transfer must include all of the SOFTWARE PRODUCT (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). Such transfer may not be by way of consignment or any other indirect transfer. The transferee of such one-time transfer must agree to comply with the terms of this EULA, including the obligation not to further transfer this EULA and SOFTWARE PRODUCT.

◦ Termination

Without prejudice to any other rights, iS3 may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the SOFTWARE PRODUCT and all of its component parts.

3. UPGRADES

If the SOFTWARE PRODUCT is labeled as an upgrade, you must be properly licensed to use a product identified by iS3 as being eligible for the upgrade in order to use the SOFTWARE PRODUCT. A SOFTWARE PRODUCT labeled as an upgrade replaces and/or supplements the product that formed the basis for your eligibility for the upgrade. You may use the resulting upgraded product only in accordance with the terms of this EULA. If the SOFTWARE PRODUCT is an upgrade of a component of a package of software programs that you licensed as a single product, the SOFTWARE PRODUCT may be used and transferred only as part of that single product package and may not be separated for use on more than one computer.

4. COPYRIGHT

All title and intellectual property rights in and to the SOFTWARE PRODUCT (including but not limited to any images, photographs, animations, video, audio, music, text, and "applets"

incorporated into the SOFTWARE PRODUCT), the accompanying printed materials, and any copies of the SOFTWARE PRODUCT are owned by iS3 or its suppliers. All title and intellectual property rights in and to the content which may be accessed through use of the SOFTWARE PRODUCT is the property of the respective content owner and may be protected by applicable copyright or other intellectual property laws and treaties. This EULA grants you no rights to use such content. All rights not expressly granted are reserved by iS3.

## 5. DUAL-MEDIA SOFTWARE

You may receive the SOFTWARE PRODUCT in more than one medium. Regardless of the type or size of medium you receive, you may use only one medium that is appropriate for your single computer. You may not use or install the other medium on another computer. You may not loan, rent, lease, lend or otherwise transfer the other medium to another user, except as part of the permanent transfer (as provided above) of the SOFTWARE PRODUCT.

## 6. BACKUP COPY

After installation of one copy of the SOFTWARE PRODUCT pursuant to this EULA, you may keep the original media on which the SOFTWARE PRODUCT was provided by iS3 solely for backup or archival purposes. If the original media is required to use the SOFTWARE PRODUCT on the COMPUTER, you may make one copy of the SOFTWARE PRODUCT solely for backup or archival purposes. Except as expressly provided in this EULA, you may not otherwise make copies of the SOFTWARE PRODUCT or the printed materials accompanying the SOFTWARE PRODUCT.

## 7. U.S. GOVERNMENT RESTRICTED RIGHTS

The SOFTWARE PRODUCT and documentation are provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software--Restricted Rights at 48 CFR 52.227-19, as applicable. Manufacturer is iS3, Inc./2200 NW Boca Raton Blvd., Boca Raton, FL. 33431.

## 8. EXPORT RESTRICTIONS

You agree that you will not export or re-export the SOFTWARE PRODUCT to any country, person, entity or end user subject to U.S. export restrictions. You specifically agree not to export or re-export the SOFTWARE PRODUCT: (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to Cuba, Iran, Iraq, Libya, North Korea, Sudan and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the products back to such country; (ii) to any end-user who you know or have reason to know will utilize the SOFTWARE PRODUCT or portion thereof in the design, development or production of nuclear, chemical or biological weapons; or (iii) to any end-user who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. government.

# MISCELLANEOUS

- If you acquired this product in the United States , this EULA is governed by the laws of the State of Florida.

- If this product was acquired outside the United States, then local law may apply.

- iS3 shall not be held responsible or liable for suppressing applications or components of applications from programs installed in a computer in which you may have agreed to use within certain limitations. It is your responsibility to honor and respect all agreements and their terms for all software installed in your computer prior to or after installing the SOFTWARE PRODUCT.

Should you have any questions concerning this EULA, or if you desire to contact iS3 for any reason, please contact iS3, or write:

iS3, Inc.
2200 NW Boca Raton Blvd.
Boca Raton, FL 33431

# LIMITED WARRANTY

iS3 warrants that (a) the SOFTWARE PRODUCT will perform substantially in accordance with the accompanying written materials for a period of ninety (90) days from the date of receipt, and (b) any Support Services provided by iS3 shall be substantially as described in applicable written materials provided to you by iS3, and iS3 support engineers will make commercially reasonable efforts to solve any problem. To the extent allowed by applicable law, implied warranties on the SOFTWARE PRODUCT, if any, are limited to ninety (90) days. Some states/jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

# CUSTOMER REMEDIES

iS3's and its suppliers' entire liability and your exclusive remedy shall be, at iS3's option, either (a) return of the price paid, if any, or (b) repair or replacement of the SOFTWARE PRODUCT that does not meet iS3's Limited Warranty and that is returned to iS3 with a copy of your receipt. This Limited Warranty is void if failure of the SOFTWARE PRODUCT has resulted from accident, abuse, or misapplication. Any replacement SOFTWARE PRODUCT will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States , neither these remedies nor any product support services offered by iS3 are available without proof of purchase from an authorized international source.

# NO OTHER WARRANTIES

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, iS3 AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES AND CONDITIONS, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OR CONDITIONS OF

MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE PRODUCT, AND THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS, WHICH VARY FROM STATE/JURISDICTION TO STATE/JURISDICTION.

# LIMITATION OF LIABILITY

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL iS3 OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT OR THE FAILURE TO PROVIDE SUPPORT SERVICES, EVEN IF iS3 HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, iS3'S ENTIRE LIABILITY UNDER ANY PROVISION OF THIS EULA SHALL BE LIMITED TO THE GREATER OF THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE PRODUCT OR U.S.$5.00.

# STOPzilla SAFETY NETWORK

STOPzilla Safety Network is a network of STOPzilla users who help fight against malicious software by enabling iS3 Malware Research to record and transmit encounters with threats blocked by STOPzilla. The anonymous data that is collected is strictly used for research purposes only and with the main goal of making STOPzilla the best product it can be.

STOPzilla Safety Network will collect and transmit data to iS3 Malware research including but not limited to various security and application data collections. With the ultimate goal of making the product better, STOPzilla Safety Network will collect and transmit various data points amongst the STOPzilla Setup File, MSI installer, iS3 Product Updater, STOPzilla Server, STOPzilla Application, STOPzilla Graphical User Interface and other elements related to the computer in which STOPzilla is installed.

How STOPzilla Safety Network uses this data to make STOPzilla better:

1. Data is used as a identifier for potential security risks.

2. Improves the overall detection and removal ability of STOPzilla to fight malicious behavior, fraudulent websites, and other forms of Internet security threats.

3. Provide increased future protection for STOPzilla customers.

4. Develop statistics for internal analysis and to potential publish reports on security risks.

Case 9:14-cv-80095-WJZ Document 201 Entered on FLSD Docket 08/06/2014 Page 19 of 30

5. Data from files or folders that were open at the time the STOPzilla encountered the problem are recorded.

The data report could contain personally identifiable information if such information is included in the files or folders, or is a part of the name of the files or folders open at the time STOPzilla encountered the problem. This information will be sent to iS3 only with your permission, and will not be sent automatically. In response to a subpoena or other legal process, iS3 may disclose the collected information if asked to do so by a law enforcement official as required or permitted by law. In order to promote awareness, detection and prevention of Internet security risks, iS3 may share certain information with research organizations and other security software vendors.

iS3 does not cross reference the data submitted with any contact lists, or subscription information. iS3 may use anonymous statistics collected by STOPzilla Safety Network for promotional purposes and advertisements.

## Receive News & Alerts

Keep up on our always evolving product features and technology.

First Name

Last Name

Email*          Go!

## Products & Support

STOPzilla AntiVirus (//www.stopzilla.com/products/stopzilla-antivirus/)
STOPzilla AntiMalware (//www.stopzilla.com/products/stopzilla-antimalware/)
STOPzilla Mobile (//www.stopzilla.com/products/stopzilla-mobile/)
STOPzilla Optimizer (//www.stopzilla.com/products/stopzilla-optimizer/)
Free Downloads (//www.stopzilla.com/downloads/)
Support Center (//www.stopzilla.com/support/)
Activate Key (//www.stopzilla.com/support/activate-key/)

Uninstall STOPzilla (//www.stopzilla.com/support/how-to-uninstall-stopzilla/)
End User License Agreement (//www.stopzilla.com/eula/)

## Our Company

About STOPzilla (//www.stopzilla.com/about/)
STOPzilla Safety Network (//www.stopzilla.com/about/safety-network.php)
Constant Protection Program (//www.stopzilla.com/about/constant-protection-program.php)
STOPzilla Blog (//www.stopzilla.com/blog/)
Become a Partner (//www.stopzilla.com/partners/)
Affiliate Program (//www.stopzilla.com/partners/affiliate-program.php)
Reseller Program (//www.stopzilla.com/partners/reseller-program.php)
Terms and Conditions (//www.stopzilla.com/about/terms.php)
Privacy Policy (//www.stopzilla.com/about/privacy.php)

## Contact Information

📍 Address: 2200 NW Boca Raton Blvd., Boca Raton, FL 33431

📞 Phone: 1-877-877-9944

🌐 Web: www.stopzilla.com (//www.stopzilla.com)

✏️ Fill out our contact form here (//www.stopzilla.com/contact/)

🌐 Visit our Support Center (//www.stopzilla.com/support/)

AN **3** SOLUTION

© 2014 iS3, Inc. All Rights Reserved. | Sitemap (//www.stopzilla.com/sitemap.php)

Search

http://www.stopzilla.com/eula/                                                    8/6/2014

ABOUT (//WWW.STOPZILLA.COM/ABOUT/)  |  CONTACT (//WWW.STOPZILLA.COM/CONTACT/)  |  SUPPORT (//WWW.STOPZILLA.COM/SUPPORT/)

 1-877-877-9944      💬 Live Chat

 (//www.stopzilla.com/)

PRODUCTS  ▾ (//WWW.STOPZILLA.COM/PRODUCTS/)

DOWNLOADS  ▾ (//WWW.STOPZILLA.COM/DOWNLOADS/)

CUSTOMER CARE  ▾ (//WWW.STOPZILLA.COM/SUPPORT/INDEX.PHP#SUPPORT-TEAM)

SUPPORT CENTER  ▾ (//WWW.STOPZILLA.COM/SUPPORT/)

PARTNERS  ▾ (//WWW.STOPZILLA.COM/PARTNERS/)      BLOG (//WWW.STOPZILLA.COM/BLOG/)

# Terms & Conditions

Home (//www.stopzilla.com)  /  About (//www.stopzilla.com/about/)  /  Terms and Conditions

**IMPORTANT — READ CAREFULLY: These Terms and Conditions for iS3 Products and Services ("Agreement") is a legal agreement between you (either an individual or an entity) and International Software Systems, Inc. (iS3) and its suppliers and licensors for the iS3 products ("Products") and services ("Services"). You may only receive the Services or Products if; 1) You are a customer who purchased a Product license 2) A support services customer or, 3) If you are in the Product trial period. By clicking on the "BUY NOW->>" button or the "DOWNLOAD TRIAL->>" button on the Product purchase page, you agree to be bound by the terms of this Agreement. IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, DO NOT CLICK ON THE "BUY NOW->>" or "DOWNLOAD TRIAL->>" BUTTON AND DO NOT PURCHASE THE PRODUCT. YOU AGREE THAT YOUR USE OF THE PRODUCT ACKNOWLEDGES THAT YOU HAVE READ THIS AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS. YOUR USE OF THE iS3 SOFTWARE WILL BE GOVERNED BY THE iS3 END USER LICENSE AGREEMENT ("EULA") ACCOMPANYING THE SOFTWARE, AN ELECTRONIC COPY OF WHICH WILL BE INSTALLED IN THE APPROPRIATE iS3 PRODUCT FOLDER ON YOUR COMPUTER UPON INSTALLATION OF THE SOFTWARE.**

BY CLICKING ON THE "ACCEPT" BUTTON DURING THE INSTALLATION PROCESS, OR OTHERWISE USING OR ACCEPTING THE PRODUCTS, YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA.

# 1. PAYMENT & SERVICES.

### Yearly Subscriptions Product: STOPzilla AntiVirus and STOPzilla AntiMalware

Following the expiration of a trial period that may be provided to you at the sole discretion of iS3, you agree to pay iS3 for a yearly service charge for your use of the Product using a valid payment method, plus any applicable taxes. The charge will be in accordance with the billing terms and prices in effect at the time. The fee becomes payable at the expiration of the trial period. If you agree to automatic renewals you authorize iS3 to automatically bill the credit, charge or debit card you provide each year, until you cancel the subscription. iS3 may receive updated information about your account from the financial institution issuing your credit, charge or debit card. Payments are billed in advance at the beginning of the applicable year. All payments are completely refundable within 30 days of the initial subscription date and 60 days of any renewal date. You agree to provide iS3 with a valid payment method and accurate, complete and updated information required by the subscription registration form. Failure to comply may result in the immediate termination of the subscription.

You agree to notify iS3 about any billing problems or discrepancies within 90 days after they first appear on your account statement. If you do not bring them to iS3's attention within 90 days, you agree that you waive your right to dispute such problems or discrepancies.

During your subscription period, you will be entitled to receive: (1) The software Product; (2) Any generally available iS3 upgrades released during your subscription period; and (3) iS3 support services as described below under "Description of Services". UNDER NO CIRCUMSTANCES WILL iS3 BE LIABLE IN ANY WAY FOR ANY CONTENT THAT YOU HAVE ACCESS TO DURING YOUR SUBSCRIPTION PERIOD, INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS, AVAILABILITY OF THE SERVICE, ANY SUBJECT MATTER RELATED TO THE PRODUCT, OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF THE PRODUCTS PROVIDED AS PART OF THE SERVICE.

### Lifetime Subscriptions Product: STOPzilla 5.0 and, STOPzilla AntiVirus and STOPzilla AntiMalware

If you purchased an LTU (Life Time Upgrades) or LTS (Life Time Subscription). you are entitled to receive free product upgrades and technical support for the life of the product or as long as the product exists, without incurring additional charges.

During your subscription period, you will be entitled to receive: (1) The software Product; (2) Any generally available iS3 upgrades released during your subscription period; and (3) iS3 support services as described under "Description of Services" below. Lifetime licenses for any iS3 product are for the life of the specific product purchased. The Lifetime license may

expire if iS3 no longer supports that Product, whichever is greater. If the lifetime expires, you will no longer receive virus updates for the Product and consequently may not be fully protected. Lifetime licenses for STOPzilla 5.0 are not transferable to STOPzilla AntiVirus as these are 2 distinct and separate products with different purposes and technology. STOPzilla 5.0/STOPzilla AntiMalware 6.0 are AntiMalware products and STOPzilla AntiVirus is an AntiVirus with AntiMalware product. You authorize iS3 to automatically notify you of new versions available for the software Product via email or other means. UNDER NO CIRCUMSTANCES WILL iS3 BE LIABLE IN ANY WAY FOR ANY CONTENT THAT YOU HAVE ACCESS TO DURING YOUR SUBSCRIPTION PERIOD, INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS, AVAILABILITY OF THE SERVICE, ANY SUBJECT MATTER RELATED TO THE PRODUCT, OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF THE PRODUCTS PROVIDED AS PART OF THE SERVICE.

## STOPzilla Optimizer Subscription

Following the expiration of a trial period that may be provided to you at the sole discretion of iS3, you agree to pay iS3 for a yearly service charge for your use of the Product using a valid payment method, plus any applicable taxes, The charge will be in accordance with the billing terms and prices in effect at the time. The fee becomes payable at the expiration of the trial period. If you agree to automatic renewals you authorize iS3 to automatically bill the credit, charge or debit card you provide each year, until you cancel the subscription. iS3 may receive updated information about your account from the financial institution issuing your credit, charge or debit card. Payments are billed in advance at the beginning of the applicable year. All payments are completely refundable within 30 days of initial subscription date and 60 days of any renewal date. You agree to provide iS3 with a valid payment method and accurate, complete and updated information required by the subscription registration form. Failure to comply may result in the immediate termination of the subscription. You authorize iS3 to automatically notify you of new versions available for the software Product via email or other means.

You agree to notify iS3 about any billing problems or discrepancies within 90 days after they first appear on your account statement. If you do not bring them to iS3's attention within 90 days, you agree that you waive your right to dispute such problems or discrepancies.

For your license software, you will be entitled to receive: (1) the software Product; (2) any generally available iS3 upgrades released for your version; and (3) iS3 support services as described under "Description of Services" below. UNDER NO CIRCUMSTANCES WILL iS3 BE LIABLE IN ANY WAY FOR ANY CONTENT THAT YOU HAVE ACCESS TO FROM iS3, INCLUDING BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS, ANY SUBJECT MATTER RELATED TO THE PRODUCT, OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF THE PRODUCTS PROVIDED BY iS3.

## DESCRIPTION OF SERVICES

Support services include; any technical help associated with the subscribed Product(s), installation assistance and any updates.

## YOUR RIGHT TO CANCEL iS3 SERVICES.

You may cancel the iS3 Product licenses or Services at any time. If you cancel after 30 days, or 60 days in the case of renewals, you will not receive any refund or partial refund for any charges already billed to your account. In the event you signed up for a minimum commitment period, you will be responsible for all charges for the entire minimum commitment period. You may cancel the services by contacting iS3 by phone at 1-877-877-9944 (from the United States or Canada), or from other locations please email us at support@is3.com (mailto:%73%75%70%70%6F%72%74%40%69%73%33%2E%63%6F%6D). You understand and agree that cancellation of your Product license or subscription is your sole right and remedy with respect to any dispute with iS3. This includes, but is not limited to, any dispute related to, or arising out of: (1) any term of this Agreement or iS3's enforcement or application of this Agreement; (2) any policy or practice of iS3, including any iS3 Privacy Policy, or iS3's enforcement or application of these policies; (3) any iS3 Software or Content provided by or through iS3; or (4) the amount or type of fees, applicable taxes, billing methods, or any change to the fees, applicable taxes, or billing methods.

## 2. iS3S' RIGHT TO TERMINATE OR MODIFY SERVICES.

iS3 may modify the terms of this Agreement or the Products, including but not limited to the price, content or nature of the software Products, upon notice to you. In the event iS3 modifies the Agreement or the Product, you may terminate the subscription. iS3 may terminate this Agreement and any Products at any time upon notice to you, provided that you will be entitled to receive the Product for any period for which you have already paid, or a pro-rated refund at iS3's sole discretion if within 30 days (or 90 days in the case of renewals). iS3 may provide notice by e-mail or by publishing the changes on its website. This Agreement will automatically terminate if you fail to comply with any term. No notice shall be required from iS3 to effect such termination. Upon any termination of this Agreement (whether by you or iS3), iS3 will terminate the Product updates.

## 3. SERVICE USE RESTRICTIONS:

i. You agree that you shall only use the software Products or Services in a manner that complies with all applicable laws in the jurisdictions in which you use the Products or Services, including, but not limited to, applicable restrictions concerning copyright and other intellectual property rights. Except as specifically authorized herein, you may not: (i) modify, translate, distribute or create derivative works of the Products or Services; (ii) copy or redistribute the Software; (iii) rent, lease, transfer, or otherwise transfer rights to the Products or Services; (v) remove any proprietary notices or labels on the Products or Services; (vi) reverse engineer the Products; or (vii) add to, alter, delete from, or otherwise modify the Products.

ii. You may only use the Products or Services for your private, non-commercial use. All Contentsis protected by the U.S. copyright laws and related laws of other jurisdictions, and are provided for your own personal use only. You may not, under any circumstances, distribute Content to third parties. You may not attempt to, in conjunction with, any device, software program or service, circumvent technological measures employed to control access to, or the rights in, the Products.

  iii. You understand that the Products or Services may suppress applications, or components of applications ("Applications"), from running on your computer. This may include Applications which you may have agreed to use within certain limitations. You agree that it is your responsibility to honor and respect all agreements and their terms for all Applications installed in your computer prior to or after installing the Products, and you further agree that iS3 shall not be liable to you, in any way, should the Products suppress such Applications.

  iv. In addition to any other remedies available in equity or law to iS3, failure to comply with any of the terms and conditions in this Section 4, Service Use Restrictions, shall immediately terminate your license to the Products or Services.

## 4. PERSONAL INFORMATION AND PRIVACY.

Personal information you provide to iS3 is governed by iS3 Privacy Policy at http://www.stopzilla.com/privacy/ (//www.stopzilla.com/about/privacy.php). Your election to use the paid Product or Services indicates your acceptance of the terms of the iS3 Privacy Policy, so please review it carefully should you have any questions about iS3 treatment of personal information you provide to us. To summarize key terms of the iS3 Privacy Policy: Information collected in iS3 accounts may include name, e-mail address, age, gender, location information, Product and service information, purchase information and credit card billing information. The information may be stored locally in cookies on a user's personal computer and on iS3 servers and is sent to and from such servers as part of routine Product communications that enable iS3 Products functionality.

iS3 uses this information to:

  i. Verify access rights to services or software and automated updates.

  ii. To provide you with information about Products, services, news and events.

  iii. To allow you to purchase and download Products and services.

  iv. To provide you with promotions and special offers we feel you may be interested in based on content preferences and other information you provide to us.

  v. For license reporting, billing, royalty payments and assessment of service levels.

  vi. To better understand on an aggregated basis how our Products and/or web sites are used.

This information is treated according to the iS3 Privacy Policy at http://www.stopzilla.com/privacy/ (//www.stopzilla.com/about/privacy.php). If you have questions about our Privacy Policy, please e-mail us at support@iS3.com (mailto:%73%75%70%70%6F%72%74%40%69%53%33%2E%63%6F%6D).

You are responsible for maintaining the confidentiality of your password and account information. You are responsible for all activities that occur in your account and you agree to notify iS3 immediately of any unauthorized account use. iS3 is not responsible for any loss that you may incur as a result of any unauthorized use of your user account and password.

## 5. E-MAIL & TELEPHONE NOTIFICATION.

To let you know what new Services are available, from time to time, iS3 will send you e-mail or contact you by telephone describing the latest upgrades or promotions and how to get access to them. You agree that as a subscriber, iS3 may contact you via the e-mail address or telephone number you provide. Because this e-mail or this telephone communication may be necessary, you will receive a transactional email (a receipt, license key, invoice or other important informational messages) or a telephone call of the same nature even if you have opted out of receiving promotional e-mails or telephone calls from iS3. You may always opt out in the case of promotional e-mails and calls by clicking on the link at the footer of the e-mail or requesting the same by contacting customer service at 1-877-877-9944.

## 6. TITLE.

Title, ownership, rights, and intellectual property rights in and to the Products or Services shall remain in iS3 and/or its suppliers. The Products or Services are protected by the copyright laws of the United States and other countries, and by international copyright treaties. Title, ownership rights and intellectual property rights in and to the Products accessed through the Services shall be retained by the applicable Content owner and may be protected by applicable copyright or other laws.

## 7. DISCLAIMER OF WARRANTY & LIMIT OF LIABILITY.

**THE SERVICES ARE PROVIDED AS-IS WITHOUT WARRANTY OF ANY KIND.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, iS3 FURTHER DISCLAIMS ALL WARRANTIES, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NONINFRINGEMENT. THE ENTIRE RISK ARISING OUT OF THE USE OF THE SERVICES OR CONTENT REMAINS WITH YOU. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL iS3 OR ITS SUPPLIERS BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, OR OTHER DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, COMPUTER FAILURE, LOSS OF BUSINESS INFORMATION, OR OTHER PECUNIARY LOSS) ARISING OUT OF THIS AGREEMENT OR THE USE OF OR INABILITY TO USE THE SERVICES, OR THE CONTENT EVEN IF ISSS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY DISPUTE WITH ISSS RELATED TO THIS AGREEMENT OR THE SERVICES SHALL BE CANCELLATION OF THE iS3 SERVICES. IN THE EVENT A COURT AWARDS DIRECT DAMAGES DESPITE THE FOREGOING, SUCH DAMAGES SHALL NOT EXCEED THE LESSER OF $1.00 OR THE AMOUNT YOU PAID. BECAUSE SOME STATES/JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU. iS3 DOES NOT ENDORSE, WARRANT OR GUARANTEE ANY CONTENT PROVIDED BY OR THROUGH iS3.

## 8. NO ASSIGNMENT.

This Agreement may not be assigned without iS3's express written consent.

## 9. IMPORTANT-MISCELLANEOUS.

Arbitration & Jurisdiction. You and iS3 agree that the exclusive remedy for all disputes and claims relating in any way to, or arising out of, this Agreement, the Services, or your use of the Services (including the arbitration of any claim or dispute and the enforceability of this paragraph), or to any other alleged act or omission by you or iS3 toward the other, shall be final and binding arbitration. The arbitration shall be conducted under the Commercial Arbitration Rules of the American Arbitration Association ("AAA") before a panel of three arbitrators and conducted in the State of Florida. You and iS3 also agree that the AAA Optional Rules for Emergency Measures of Protection shall apply to the proceedings. You and iS3 may litigate in court only to compel arbitration under this License Agreement or to confirm, modify, vacate or enter judgment on the award rendered by the arbitrators. To the extent that you have breached or have indicated your intention to breach this Agreement in any manner which violates or may violate iS3's intellectual property rights, or may cause continuing or irreparable harm to iS3 (including, but not limited to, any breach that may impact iS3's intellectual property rights, or a breach by reverse engineering), iS3 may seek injunctive relief, or any other appropriate relief, in any court of competent jurisdiction. You and iS3 must commence an arbitration by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period (If applicable law prohibits a one-year limitations period for asserting claims, the claim must be asserted within the shortest time period in excess of one year that is permitted by applicable law.). To the fullest extent permitted by applicable law: no arbitration under this License Agreement shall be joined to an arbitration involving any other current or former licensee of iS3, whether through class arbitration proceedings or otherwise; no finding or stipulation of fact in any other arbitration, judicial or similar proceeding may be given preclusive or collateral estoppel effect in any arbitration hereunder (unless determined in another proceeding between you and ISSS); and no conclusion of law in any other arbitration may be given any weight in any arbitration hereunder (unless determined in another proceeding between you and iS3). This Agreement shall be governed by the laws of the State of Florida and the Federal Arbitration Act, without regard to conflicts of law provisions, and you hereby consent to the exclusive jurisdiction of the state and federal courts sitting in the State of Florida.

## 10. Complete Agreement.

This Agreement shall constitute the complete and exclusive agreement between us, notwithstanding any variance with any purchase order or other written instrument submitted by you, whether formally rejected by iS3 or not. The acceptance of any purchase order you place is expressly made conditional on your consent to the terms set forth herein. The terms and conditions contained in this Agreement may not be modified by you except in a writing

duly signed by you and an authorized representative of iS3. If any provision of this Agreement is held to be unenforceable for any reason, such provision shall be reformed only to the extent necessary to make it enforceable, and such decision shall not affect the enforceability of such provision under other circumstances, or of the remaining provisions hereof under all circumstances. This Agreement will not be governed by the United Nations Convention of Contracts for the International Sale of Goods, the application of which is hereby expressly excluded.

Copyright © 2001-2014 International Software Systems Solutions, Inc. and/or its suppliers. 2200 NW Boca Raton Blvd. Boca Raton, FL 33431, U.S.A. Patents Pending. All rights reserved. iS3 is a registered trademark or trademarks of International Software Systems Solutions, Inc.

## STOPzilla Questions?

USA & Canada Toll Free
## 1-877-877-9944

Live Chat

## Receive News & Alerts

Keep up on our always evolving product features and technology.

First Name

Last Name

Email*                    Go!

## Products & Support

STOPzilla AntiVirus (//www.stopzilla.com/products/stopzilla-antivirus/)
STOPzilla AntiMalware (//www.stopzilla.com/products/stopzilla-antimalware/)
STOPzilla Mobile (//www.stopzilla.com/products/stopzilla-mobile/)
STOPzilla Optimizer (//www.stopzilla.com/products/stopzilla-optimizer/)
Free Downloads (//www.stopzilla.com/downloads/)
Support Center (//www.stopzilla.com/support/)
Activate Key (//www.stopzilla.com/support/activate-key/)
Uninstall STOPzilla (//www.stopzilla.com/support/how-to-uninstall-stopzilla/)
End User License Agreement (//www.stopzilla.com/eula/)

## Our Company

About STOPzilla (//www.stopzilla.com/about/)
STOPzilla Safety Network (//www.stopzilla.com/about/safety-network.php)
Constant Protection Program (//www.stopzilla.com/about/constant-protection-program.php)
STOPzilla Blog (//www.stopzilla.com/blog/)
Become a Partner (//www.stopzilla.com/partners/)
Affiliate Program (//www.stopzilla.com/partners/affiliate-program.php)
Reseller Program (//www.stopzilla.com/partners/reseller-program.php)
Terms and Conditions (//www.stopzilla.com/about/terms.php)
Privacy Policy (//www.stopzilla.com/about/privacy.php)

## Contact Information

Address: 2200 NW Boca Raton Blvd., Boca Raton, FL 33431

📞 Phone: 1-877-877-9944

🌐 Web: www.stopzilla.com (//www.stopzilla.com)

✏️ Fill out our contact form here (//www.stopzilla.com/contact/)

🛟 Visit our Support Center (//www.stopzilla.com/support/)

AN **3** SOLUTION

© 2014 iS3, Inc. All Rights Reserved. | Sitemap (//www.stopzilla.com/sitemap.php)

Search