UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80693-CIV-ZLOCH

WENDELL SMITH, individually
and on behalf of all others
similarly situated,

       Plaintiff,

vs.                                          **O R D E R**

iS3, Inc.,

       Defendant.
_____/

       THIS MATTER is before the Court upon Plaintiff Wendell Smith's Motion For Class Certification (DE 5). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

       Plaintiff Wendell Smith (hereinafter "Plaintiff") initiated the above-styled cause with the filing of his Class Action Complaint (DE 1). Plaintiff brings claims for fraudulent inducement, breach of contract, and in the alternative, unjust enrichment, against Defendant iS3, Inc. (hereinafter "Defendant"), a company that develops software that it claims protects computers from viruses and other security threats. Plaintiff filed the instant Motion (DE 5) seeking certification of the above-styled cause as a class action. However, after Defendant filed its Response (DE 11), Plaintiff filed its Reply (DE 14), explaining that he filed the instant Motion (DE 5) as a "prophylactic motion for class certification," and agreeing with Defendant that the Court should reserve ruling on this issue until after relevant discovery and agreeing that it would be appropriate to deny the instant Motion (DE 5) without prejudice and with leave to refile

once said discovery has been undertaken.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Wendell Smith's Motion For Class Certification (DE 5) be and the same is hereby **DENIED** <u>without prejudice</u>, and with leave to refile.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___26th___ day of March, 2015.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies Furnished:

All Counsel of Record