```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 14-80693-CIV-ZLOCH
```

WENDELL SMITH, individually
and on behalf of all others
similarly situated,

      Plaintiff,

vs.                                          **O R D E R**

iS3, Inc.,

      Defendant.
_____/

      THIS MATTER is before the Court upon Defendant iS3, Inc.'s, Motion To Dismiss Class Action Complaint (DE 10).  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

      The Court notes that the legal issues raised by Defendant's instant Motion (DE 10) are more properly addressed in a Motion For Summary Judgment, when discovery may present the Court with a full record upon which it may address and decide said issues.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** that Defendant iS3, Inc.'s, Motion To Dismiss Class Action Complaint (DE 10) be and the same is hereby **DENIED**.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   26th   day of March, 2015.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel Of Record