IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-80693-WJZ

WENDELL SMITH, individually and on
behalf of all others similarly situated,

    *Plaintiff*,

v.

IS3, INC., a Florida corporation,

    *Defendant*.

_____/

## NOTICE OF MEDIATION DATE

Plaintiff Wendell Smith and Defendant iS3, Inc. (together, the "Parties"), by and through their undersigned counsel and pursuant to the Court's Order of Referral to Mediation (Dkt. No. 29), hereby notify the Court that they have conferred and agreed, subject to the Court's approval, to participate in a mediation with Rodney A. Max of Upchurch Watson White & Max on August 26, 2015.

                           **WENDELL SMITH**, individually and on behalf of all others similarly situated,

Dated: June 22, 15                By: *s/ Scott D. Owens*
                                          One of Plaintiff's Attorneys

                                          Scott D. Owens (Florida Bar No. 597651)
                                          scott@scottdowens.com
                                          SCOTT D. OWENS, P.A.
                                          3800 S. Ocean Dr., Ste. 235
                                          Hollywood, Florida 33019
                                          Tel: 954.589.0588
                                          Fax: 954.337.0666

                                          Benjamin H. Richman*
                                          brichman@edelson.com
                                          Courtney C. Booth*

        cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro Hac Vice* admission to be sought.

**iS3, Inc.,**

Dated: June 22, 15        By: /s/ Joseph F. Valdivia
        One of its Attorneys

Jonathan Vine
Rachel K. Beige
Joseph F. Valdivia
COLE, SCOTT & KISSANE, P.A.
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Jonathan.vine@csklegal.com
Rachel.beige@csklegal.com
Joseph.valdivia@csklegal.com

## **CERTIFICATE OF SERVICE**

I, Scott D. Owens, an attorney, certify that on June 22, 2015, I served the above and foregoing *Notice of Mediation Date*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system

By: *s/ Scott D. Owens*
One of Plaintiff's Attorneys

Scott D. Owens (Florida Bar No. 597651)
scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, Florida 33019
Tel: 954.589.0588
Fax: 954.337.0666