IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-80693-WJZ

WENDELL SMITH, individually and on
behalf of all others similarly situated,

    *Plaintiff*,

v.

IS3, INC., a Florida corporation,

    *Defendant*.

_____/

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Plaintiff Wendell Smith ("Smith" or "Plaintiff") and Defendant iS3, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *with prejudice* of Smith's individual claims against Defendant and *without prejudice* of the putative class's claims. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on May 26, 2014, Plaintiff filed his class action complaint (Dkt. 1);

WHEREAS, on April 9, 2015, Defendant answered Plaintiff's complaint (Dkt. 25);

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this action without a Court order;

WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal *with prejudice* of Smith's individual claims against Defendant in this action;

WHEREAS, the Parties have further conferred and agreed to stipulate to the dismissal *without prejudice* of the putative class's claims against Defendant in this action;

WHEREAS, the Parties shall each bear their own attorneys' fees and expenses incurred

in any way related to the litigation of this action;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Plaintiff Smith's individual claims against Defendant in this action shall be dismissed *with prejudice*;

2. The claims of the putative class in this action shall be dismissed *without prejudice*;

3. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

IT IS SO STIPULATED.

\*         \*         \*

**WENDELL SMITH**, individually and on behalf of all others similarly situated,

Dated: March 15, 2016

By: s/ Scott D. Owens
One of Plaintiff's Attorneys

Scott D. Owens (Florida Bar No. 597651)
scott@scottdowens.com
LAW OFFICE OF SCOTT D. OWENS, ESQ.
3800 S. Ocean Dr., Ste 235
Hollywood, Florida 33019
Tel: 954.589.0588
Fax: 954.337.0666

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

          **IS3, INC.**,

Dated: March 15, 2016        By:   s/ Joseph Valdivia
                                        One of its Attorneys

                                        Jonathan Vine
                                        Jonathan.vine@csklegal.com
                                        Rachel K. Beige
                                        Rachel.beige@csklegal.com
                                        Joseph F. Valdivia
                                        Joseph.Valdivia@csklegal.com
                                        COLE, SCOTT & KISSANE, P.A.
                                        222 Lakeview Avenue, Suite 120
                                        West Palm Beach, Florida 33401
                                        Tel: 561.383.9203
                                        Fax: 561.683.8977

**CERTIFICATE OF SERVICE**

      I, Scott D. Owens, an attorney, certify that on March 15, 2016I served the above and foregoing *Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                            s/ Scott D. Owens
                                               Scott D. Owens, Esq.